Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com
      lisa@creitzserebin.com

James A. Walcheske*
Paul M. Secunda*
* *admitted pro hac vice*
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
      psecunda@walcheskeluzi.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN REICHERT, DEREK DEVINY individually, and as representatives of a Class of Participants and Beneficiaries of the Juniper Networks, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>BOARD OF DIRECTORS OF JUNIPER NETWORKS, INC., and<br><br>INVESTMENT COMMITTEE OF JUNIPER NETWORKS, INC.<br><br>Defendants. | Case No: 3:21-cv-06213-JD<br><br>JOINT NOTICE OF SETTLEMENT<br><br>Complaint Filed: Aug. 11, 2021 |

On September 9, 2022, the Parties reached a class-wide settlement in principle resolving all claims in this matter. The Parties will draft a formal settlement agreement and other documents that will be submitted to the Court for its preliminary approval. On November 11, 2022, Plaintiffs anticipate filing with the Court their motion for preliminary approval of the settlement and all related pleadings and other documents in support of that motion, including a copy of the final settlement agreement.

The Parties respectfully request that the Court stay all deadlines pending the Court's preliminary approval of the proposed settlement. Further, Plaintiffs respectfully request that the Court set a deadline of November 11, 2022 for Plaintiffs to file their motion for preliminary approval of this class-wide settlement.

Respectfully submitted this 15th Day of September 2022.

| | |
|---|---|
| **CREITZ & SEREBIN LLP** | **JACKSON LEWIS P.C.** |
| */s/ Joseph A. Creitz* | */s/ Howard Shapiro* |
| Joseph Creitz, Cal. Bar No. 169552 | Howard Shapiro (admitted *pro hac vice*) |
| Lisa Serebin, Cal. Bar No. 146312 | Stacey C.S. Cerrone (admitted *pro hac vice*) |
| 100 Pine Street, Suite 1250 | Lindsey H. Chopin (admitted *pro hac vice*) |
| San Francisco, CA 94111 | James W. Barnett (admitted *pro hac vice*) |
| Telephone: (415) 466-3090 | 601 Poydras Street, Suite 1400 |
| Facsimile: (415) 513-4475 | New Orleans, LA 70130 |
| Email: joe@creitzserebin.com | Telephone: (504) 208-1755 |
| Email: lisa@creitzserebin.com | Facsimile: (504) 208-1759 |
| | Email: Howard.Shapiro@jacksonlewis.com |
| **WALCHESKE & LUZI LLC** | Stacey.Cerrone@jacksonlewis.com |
| Paul M. Secunda (pro hac vice) | Lindsey.Chopin@jacksonlewis.com |
| James A. Walcheske (pro hac vice) | James.Barnett@jacksonlewis.com |
| 235 N. Executive Dr., Suite 240 | |
| Brookfield, WI 53005 | Donald Patrick Sullivan (SBN 191080) |
| Telephone: (414) 828-2372 | 50 California Street, 9th Floor |
| Facsimile: (262) 565-6469 | San Francisco, CA 94111-4615 |
| psecunda@walcheskeluzi.com | Telephone: (415) 394-9400 |
| jwalcheske@walcheskeluzi.com | Facsimile: (415) 394-9401 |
| | Email: Donald.Sullivan@jacksonlewis.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## SIGNATURE ATTESTATION

The filer hereby attests that consent was obtained from all signatories for the execution of their signatures and the electronic filing of this Notice.