Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com
 lisa@creitzserebin.com

James A. Walcheske *
Paul M. Secunda *
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
 psecunda@walcheskeluzi.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN REICHERT, DEREK DEVINY individually, and as representatives of a Class of Participants and Beneficiaries of the Juniper Networks, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>BOARD OF DIRECTORS OF JUNIPER NETWORKS, INC., and<br><br>INVESTMENT COMMITTEE OF JUNIPER NETWORKS, INC.,<br><br>Defendants. | Case No: 3:21-cv-06213-JD<br><br>PLAINTIFFS' REVISED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Complaint Filed: Aug. 11, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Court's Order of January 9, 2023 (ECF No. 65), Plaintiffs Brian Reichert and Derek Deviny ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Revised Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law, exhibits attached thereof, and authorities cited therein; the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**); the Declarations of Brian Reichert and Derek Deviny; the Declaration of Richard Simmons and exhibits attached thereto, and all files, records, and proceedings in this matter. Defendants do not oppose the relief requested by Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, but Defendants do not agree with all of Plaintiffs' averments, statements, allegations, and claims stated in their Memorandum of Law in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the attached exhibits.

Dated this 30th day of January, 2023

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
James A. Walcheske*
Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
psecunda@walcheskeluzi.com

Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com
lisa@creitzserebin.com

Counsel for Plaintiffs