Joseph Creitz, Cal. Bar No. 169552
Lisa Serebin, Cal. Bar No. 146312
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com
       lisa@creitzserebin.com

James A. Walcheske*
Paul M. Secunda*
*admitted pro hac vice
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
       psecunda@walcheskeluzi.com

Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BRIAN REICHERT, DEREK DEVINY individually, and as representatives of a Class of Participants and Beneficiaries of the Juniper Networks, Inc. 401(k) Plan,

    Plaintiffs,

v.

JUNIPER NETWORKS, INC.,

BOARD OF DIRECTORS
OF JUNIPER NETWORKS, INC., and

INVESTMENT COMMITTEE OF
JUNIPER NETWORKS, INC.,

    Defendants.

Case No: 3:21-cv-06213-JD

Honorable James Donato

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Complaint Filed: Aug. 11, 2021

DATE: JANUARY 18, 2024

TIME: 10 A.M.

COURTROOM: 11

*Reichert v. Juniper Networks*     PLAINTIFFS' MOTION FOR FINAL APPR.     Case No. 3:21-cv-06213-JD

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, January 18, 2024, at 10 a.m., in Courtroom 11 of the United States District Court for the Northern District of California, 19th floor, San Francisco, California, the Court will conduct the Fairness Hearing. Plaintiffs Brian Reichert and Derek Deviny ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 66-4).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 4 of the Parties' Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda, Jeffrey Mitchell, and Howard Shapiro, and exhibits attached thereto, the previously filed declarations of the Class Representatives (Dkt. Nos. 66-7, 66-8), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is attached as **<u>Exhibit 1</u>**.

Dated this 4th day of January 2024     **WALCHESKE & LUZI, LLC**

          s/ Paul M. Secunda
          James A. Walcheske*
          Paul M. Secunda*
          *admitted pro hac vice*
          WALCHESKE & LUZI, LLC
          235 N. Executive Dr., Suite 240
          Brookfield, Wisconsin 53005
          Telephone: (262) 780-1953
          E-Mail: jwalcheske@walcheskeluzi.com
          psecunda@walcheskeluzi.com

          Joseph Creitz, Cal. Bar No. 169552
          Lisa Serebin, Cal. Bar No. 146312
          CREITZ & SEREBIN LLP
          100 Pine Street, Suite 1250
          San Francisco, CA 94111
          Telephone: (415) 466-3090
          Email: joe@creitzserebin.com
          lisa@creitzserebin.com

          Counsel for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 4, 2024
/s/ Paul M. Secunda
Paul M. Secunda